BEFORE THE FIRST DIVISION, MARCH 6, 1940

**No. 43319.**—Protests 976389–G, etc., of Langfelder, Homma & Hayward, Inc., et al. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise in question is similar to that involved in Abstract 41823.   The claim at 50 percent under paragraph 1519 (e) was therefore sustained.

**No. 43320.**—Protest 979685–G of M. Pressner & Co. (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise in question is similar to that involved in Abstract 41823.   The claim at 50 percent under paragraph 1519 (e) was therefore sustained.

**No. 43321.**—Protest 935823–G of Wm. Shaland (New York).

Opinion by TILSON, J.   It was stipulated that the merchandise consists of squawker balloons similar to those the subject of Abstract 40493 and cigarette whistles and other articles like those passed upon in Abstract 39509.   The claim at 45 percent under paragraph 409 was therefore sustained.

**No. 43322.**—Protest 966415–G of Dan Brechner & Co. (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of sirens in chief value of metal similar to those passed upon in Abstract 40480.   The claim at 45 percent under paragraph 397 was therefore sustained.

**No. 43323.**—Protest 971303–G of Wm. Shaland (New York).

Opinion by TILSON, J.   From the record it was found that certain items consist of dogs in chief value of fur similar to those passed upon in Abstract 41823.   The claim at 50 percent under paragraph 1519(e) was therefore sustained.

BEFORE THE SECOND DIVISION, MARCH 6, 1940

**No. 43324.**—Protests 734282–G, etc., of B. Altman & Co. et al.   (New York).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.

**No. 43325.**—Protests 790364–G, etc., of Balfour Guthrie Co., Ltd., et al.   (New York).

Opinion by KINCHELOE, J.   On the authority of *Lamborn* v. *United States* (27 C. C. P. A. 46, C. A. D. 60) the protests were dismissed.